UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEWAYNE KIMBLE, | ) | Case No. CV 09-1265-DDP(RC) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| LEE BACA, ET AL., | ) | MAGISTRATE JUDGE |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the amended complaint and action are dismissed without prejudice under Rule 41(b) and due to plaintiff's failure to diligently prosecute.

//
//
//

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on the plaintiff.

DATED: September 25, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&Rs\09-1265.ado
6/24/09

2