```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                     CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  DEWAYNE KIMBLE,                 ) Case No. CV 09-1265-DDP(RC)
                                    )
12              Plaintiff,          )
    vs.                             ) JUDGMENT
13                                  )
    LEE BACA, ET AL.,               )
14                                  )
                Defendants.         )
15  _____)
16
17       IT IS ADJUDGED that Judgment be entered dismissing without
18  prejudice the amended complaint and action under Rule 41(b) and
19  due to plaintiff's failure to diligently prosecute.
20
21  DATED: September 25, 2009          [signature]
22                                    _____
                                            DEAN D. PREGERSON
23                                    UNITED STATES DISTRICT JUDGE
24  R&Rs\09-1265.jud
    6/24/09
25
26
27
28
```